UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.____________–Civ–____________/____________

CLYDE BAILEY,

Plaintiff,

vs.

ROYAL CARIBBEAN CRUISES LTD.,
A LIBERIAN CORPORATION,

Defendant.
_______________________________________/

COMPLAINT

Plaintiff CLYDE BAILEY sues Defendant ROYAL CARIBBEAN CRUISES LTD., A LIBERIAN CORPORATION, and alleges:

1. This is a negligence action in which the Plaintiff alleges that the Defendant's negligence caused the Plaintiff to slip and fall and sustain bodily injuries. This case falls within the Court's diversity-of-citizenship jurisdiction.

2. The Plaintiff is a citizen of New York.

3. The Defendant is a corporation incorporated under the laws of the Republic of Liberia. The Defendant's principal place of business is in Miami-Dade County, Florida.

4. The amount in controversy, without interest and costs, exceeds $75,000.

5. The Plaintiff has performed all conditions precedent to be performed by the Plaintiff or the conditions have occurred.

6. On or about November 5, 2015, the Plaintiff was a fare-paying passenger aboard *Adventure of the Seas*, a cruise ship owned and operated by the Defendant.

7. At that time and place the Defendant owed the Plaintiff a duty of reasonable care.

8. At that time and place the Defendant breached that duty by allowing water or some other foreign substance to accumulate on the stairs leading from deck 5 to deck 4, or the Defendant negligently maintained the steps by permitting water or some other foreign substance

to remain on the steps, so that the Plaintiff fell.

9. The negligent condition was created by the Defendant, or was known to the Defendant or had existed for a sufficient length of time so that the Defendant should have known of it, or the condition occurred with regularity and was therefore foreseeable.

10. In the alternative, the Defendant breached its duty of reasonable care by negligently operating its business by failing to implement reasonable procedures for inspecting passenger areas for slipping hazards (and other hazards).

11. As a result, the Plaintiff suffered bodily injury and resulting pain and suffering, disability, physical impairment, disfigurement, mental anguish, inconvenience, loss of capacity for the enjoyment of life, expense of hospitalization, medical and nursing care and treatment, loss of earnings, loss of ability to earn money, and aggravation of a previously existing condition. The losses are either permanent or continuing and the Plaintiff will suffer the losses in the future.

Therefore, the Plaintiff demands judgment against the Defendant for more than $75,000, plus costs, and the Plaintiff demands a jury trial.

Dated: November 3, 2016.

Respectfully submitted,

**s/David W. Singer**
David W. Singer (Florida Bar No. 306215)
E-mail: dsingeresq@aol.com;
pwalsh@1800askfree.com
David W. Singer & Assoc., PA
1011 South Federal Highway
Hollywood, FL 33020
Tel: (954) 920-1571
Fax: (954) 926-5746
Attorney for Plaintiff